IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**GARY S. HINES,**

**Plaintiff,**

**v.**

**HARTFORD LIFE INSURANCE COMPANY,**

**Defendant.**                                          No. 10-0265-DRH

## ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. On May 5, 2010, Defendant's attorneys entered notices of appearances (Docs. 4, 5, & 6) and a motion for extension of time to file answer (Doc. 7). A review of the file indicates that Defendant has not filed the disclosure statement required by **Federal Rule of Civil Procedure 7.1**. Thus, the Court **ORDERS** Defendant to file the disclosure statements on or before May 24, 2010.

**IT IS SO ORDERED.**

Signed this 10th day of May, 2010.

/s/  David R Herndon
**Chief Judge**
**United States District Court**