UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

GARY S. HINES,

Plaintiff,

v.

HARTFORD LIFE INSURANCE
COMPANY,

Defendant.                                     No. 10-cv-265-DRH

### JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court pursuant to the Order granting Plaintiff's Motion for Summary Judgment filed on March 30, 2012 (Doc. 58) and the Memorandum and Order filed on November 30, 2012 (Doc. 62).

**IT IS HEREBY ORDERED AND ADJUDGED** that judgment is entered in favor of the Plaintiff, Gary S. Hines, in the amount of $118,555.03 in back payments, $13,058.49 in compounded prejudgment interest, $46,316.00 in attorney's fees and $405.00 in costs and against the Defendant, Hartford Life Insurance Company. The Clerk with close the file.

NANCY J. ROSENSTENGEL,
CLERK OF COURT

BY:       /s/*Sara Jennings*
                Deputy Clerk

Dated:   November 30, 2012

David R. Herndon
2012.11.30
14:20:17 -06'00'

APPROVED:
        CHIEF JUDGE
        U. S. DISTRICT COURT